IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | No. 6:22-cv-00037 |
| | § | |
| 3.0103 BTC, 1.0017 ETH, | § | |
| AND 372,516.27 USDT, | § | |
| ASSOCIATED WITH | § | |
| BINANCE USER ID 26257660 | § | |
| IN THE NAME OF | § | |
| OGAGA MICHAEL PANAMA, | § | |
| *Defendant* | § | |

## VERIFIED CLAIM OF OGAGA MICHAEL PANAMA

COMES NOW OGAGA MICHAEL PANAMA, Claimant, through counsel Cordt Akers, and files this his Verified Claim asserting his interest in the property.

Through the attached claim signed under penalty of perjury, Ogaga Michael Panama herby asserts his interest in the 3.0103 BTC, 1.0017 ETH, and 372,516.27 USDT associated with Binance user ID 26257660, the subject of this action.

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Cordt C .Akers*
Cordt Akers
THE AKERS FIRM, PLLC
TBN: 24080122 | SPN: 02655752
3401 Allen Parkway, Suite 101
Houston, TX 77019
Phone: (713) 877-2500
Fax:    (713) 583-8662
cca@akersfirm.com

ATTORNEY FOR CLAIMANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA § <br> *Plaintiff* § <br> § <br> V. § <br> § <br> 3.0103 BTC, 1.0017 ETH, § <br> AND 372,516.27 USDT, § <br> ASSOCIATED WITH § <br> BINANCE USER ID 26257660 § <br> IN THE NAME OF § <br> OGAGA MICHAEL PANAMA, § <br> *Defendant* § | No. 6:22-cv-00037 |

## VERIFIED CLAIM OF OGAGA MICHAEL PANAMA

1. **Identity of the Specific Property Claimed (18 U.S.C. §983(a)(2)(C)(i)):**

The specific property in which Claimant, Ogaga Michael Panama, asserts an interest is the following:

   a. 3.0103 BTC, 1.0017 ETH, and 372,516.27 USDT, associated with Binance User ID 26257660 in the name of Ogaga Michael Panama seized on January 28th, 2021 pursuant to a seizure warrant.

2. **State the Claimant's Interest in Such Property (18 U.S.C. §983(a)(2)(C)(ii)):**

   Ogaga Panama is the claimant and owner of the property seized. His interest in the property described above is that he is the true owner, and the property was seized directly from him without permission or probable cause. The property is not the proceeds of, nor was it intended to be used in illegal activity.

## VERIFICATION

My name is Ogaga Panama.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 U.S. Code § 1746. I further state that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
Ogaga Michael Panama

Date: 29-06-2022